IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL MORGAN,<br><br>   Plaintiff,<br><br> v.<br><br>SUNWORKS, INC., CHARLES F. CARGILE, DANIEL GROSS, JUDITH HALL, RHONE RESCH, and STANLEY SPEER,<br><br>   Defendants. | Civil Action No. 1:20-cv-08702-PKC |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Samuel Morgan hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: December 15, 2020

                    Respectfully submitted,

                    By: */s/ Joshua M. Lifshitz*
                    Joshua M. Lifshitz
                    Email: jml@jlclasslaw.com
                    **LIFSHITZ LAW FIRM, P.C.**
                    821 Franklin Avenue, Suite 209
                    Garden City, New York 11530
                    Telephone: (516) 493-9780
                    Facsimile: (516) 280-7376

                    *Attorneys for Plaintiff*